THE H. C. GRADY.

BLACK DIAMOND COAL–MINING CO. v. THE H. C. GRADY (LOUGH·
ERY, Intervener).

(District Court, N. D. California.   December 29, 1897.)

COSTS IN ADMIRALTY CASES—DOCKET FEE.
Where a number of libels against the same vessel are consolidated, and
heard at the same time, and represented by the same proctor, but one
proctor's docket fee should be allowed.

This was an intervening libel by Frank Loughery in the cause of
the Black Diamond Coal-Mining Company against the steamer H. C.
Grady.   The suit was consolidated with various others against the
same vessel, and all were heard together.   The cause is now before
the court on exceptions to the action of the clerk in disallowing a
docket fee for the intervener's proctor.

D. T. Sullivan, for intervener.

DE HAVEN, District Judge.   This suit having been consolidated
with others against the steamer H. C. Grady, and final hearing in all
of said actions having been had at the same time, but one proctor's
docket fee should be allowed in the cases represented by the same
proctor.   The Medusa, 47 Fed. 821.   The exceptions to the action of
the clerk in disallowing docket fee for proctor of said intervener are
overruled.